```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                         :
JAMES W. ARMSTRONG,                      :   CIVIL ACTION NO. 05-5913 (MLC)
                                         :
        Plaintiff,                       :       MEMORANDUM OPINION
                                         :
     v.                                  :
                                         :
TRANS UNION,                             :
                                         :
        Defendant.                       :
                                         :
```

**THE COURT** having ordered the parties to show cause why the action should not be transferred under 28 U.S.C. § 1406 or 28 U.S.C. § 1404 to a federal district court in Pennsylvania (dkt. entry no. 3); but the Court now being advised that the parties have stipulated to a dismissal of the complaint with prejudice (2-1-06 Creech Letter, Ex. A, Copy of Stip.); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint; and the parties being advised — in order to protect their interests — that they should submit an original version of the stipulation, even though the action will be marked as closed by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                          s/ Mary L. Cooper
                                         **MARY L. COOPER**
                                         United States District Judge